STATE OF CONNECTICUT *v.* DANIEL A. WILKAS

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted, limited to the issue of the sufficiency of the evidence in proof of the alcoholic content of the beer.

*Fred B. Rosnick,* in support of the petition.

*Donald N. Vitale,* assistant prosecuting attorney, in opposition.

Submitted February 10—decided March 3, 1966

ELEANOR I. MAHER ET AL. *v.* THE TOWN PLANNING
AND ZONING COMMISSION OF STRATFORD ET AL.
(two cases)

Upon motion by the plaintiffs in each case (Nos. 83989, 83990) for review of the order concerning the rectification of the appeal, in each case, from the Court of Common Pleas in Fairfield County, it is ordered that the cases be, and hereby are, remanded to the trial judge to open his order dated December 21, 1965, denying, in each case, the plaintiffs' motion to rectify the appeal, and to determine each motion after hearing.

*Milton H. Hausman,* in support of the motions.